DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 1:08CR214 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Robert A. Shaver | ) | |
| | ) | |
| Defendant(s). | ) | |

A report and recommendation of Magistrate Judge Benita Y. Pearson was filed in this matter recommending that the above defendant's plea of guilty be accepted and a finding of guilty be entered by this Court.

The Court hereby adopts Magistrate JudgeBenita Y. Pearsons' Report and Recommendation and accepts the defendant's plea of guilty and enters a finding of guilty.

IT IS SO ORDERED.

December 22, 2008                              *s/David D. Dowd, Jr.*
                                               David D. Dowd, Jr.
                                               U.S. District Judge