# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT A. SHAVER, | ) | Case No. 1:16 CV 468 |
| | ) | 1:08 CR 214 |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | **ORDER AND JUDGMENT** |
| Respondent. | ) | **ENTRY** |

On March 17, 2016 this Court issued an Order (Doc. # 34) directing Petitioner, Robert A. Shaver, to complete his 28 U.S.C. §2255 petition by filing a memorandum detailing the factual and legal bases for relief claimed. The Court granted Petitioner thirty (30) days leave from the entry of the Order in which to complete his petition and informed Petitioner that his incomplete petition would be denied in the absence of the necessary support. The Court has reviewed the docket and found that it reflects no effort by Petitioner to submit the memorandum necessary to complete the petition, no submission of any other document in support of the petition, and no request for additional time in which to comply with this Court's March 17, 2016 Order. Thus, in the absence of a complete petition, Petitioner's prayer for relief pursuant to 28 U.S.C. § 2255 is DENIED. The petition is DISMISSED for want of prosecution.

Pursuant to 28 U.S.C. § 1915 (a)(3), the Court certifies that Petitioner may not make an appeal of this Court's decision in good faith; there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

                                             */s/ John R. Adams*
                                             **U.S. DISTRICT COURT JUDGE**
                                             **NORTHERN DISTRICT OF OHIO**

Dated: May 16, 2016